

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAWRENCE E. MEYERS, AS MANAGER OF THE RAMON BURSTYN IRREVOCABLE TRUST, | § § | |
| | § | No. 08-19-00108-CV |
| Appellant, | § | Appeal from the |
| v. | § | 345th District Court |
| 8007 BURNET HOLDINGS, LLC, JOHN REESE NELSON, ANTONIO | § | of Travis County, Texas |
| CALVO, LINDA CALVO, J.M.N. ENTERPRISES, LLC, and 8007 | § | (TC# D-1-GN-16-006155) |
| BURNET ROAD, AUSTIN, TEXAS, IN REM, | § | |
| | § | |
| Appellees | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court, and the conditional attorney's fees found by the trial court for a successful appeal to the court of appeals.   *See* TEX. R. APP. P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JANUARY, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.